# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY DAUGHENBAUGH, | : | Civil Action No. 2:25-cv-00153 |
| Plaintiff, | : : | |
| | : | The Honorable W. Scott Hardy |
| vs. | : : | |
| PPG INDUSTRIES, INC., | : : | |
| Defendant. | : | **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

To the Clerk of Court:

Please mark the above-captioned action dismissed with prejudice, with each party to bear its own costs.

                                              Respectfully submitted,

                                              OBERMAYER, REBMANN, MAXWELL & HIPPEL LLP

Dated: December 30, 2025          */s/Andrew. J. Horowitz*
                                              Andrew J. Horowitz, Esquire
                                              PA I.D. 311949
                                              Andrew.Horowitz@obermayer.com
                                              OBERMAYER REBMANN
                                              MAXWELL & HIPPEL LLP
                                              525 William Penn Place, Suite 1710
                                              Pittsburgh, PA 15219
                                              Tel: (412) 566-1500
                                              Fax: (412)281-1530

                                              *Counsel for Plaintiff, Randy Daughenbaugh*